UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re

PERRY H. KOPLIK & SONS, INC.,

                    Debtor.
------------------------------------------------------------x
MICHAEL S. FOX as Litigation Trustee of
PERRY H. KOPLIK & SONS, INC.,

                    Plaintiff,

            v.

MICHAEL R. KOPLIK and JOYCE S. KOPLIK,

                  Defendants.
------------------------------------------------------------x

Chapter 11

Bankr. Case No. 02-40648 (REG)

Adv. Pro. No. 06-1451 (REG)

## **NOTICE OF JOINT MOTION TO WITHDRAW THE REFERENCE**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Bankruptcy Rule 5011-1, plaintiff, Michael S. Fox, as Litigation Trustee of Perry H. Koplik & Sons, Inc., and defendants, Michael R. Koplik and Joyce S. Koplik, in the above-captioned adversary proceeding jointly move the United States District Court for the Southern District of New York for an order withdrawing the reference of the above-captioned adversary proceeding for the reasons set out in the accompanying Memorandum of Law, Declaration of Jonathan T. Koevary, and the exhibits to the Declaration.

3189251-1

Dated: New York, New York
       May 19, 2015

| ROSEN & ASSOCIATES, P.C. | OLSHAN FROME WOLOSKY LLP |
|---|---|
| /s/ *Sanford P. Rosen* | By:  /s/ *Jonathan T. Koevary* |
| Sanford P. Rosen, Esq. | Adam H. Friedman |
| 747 Third Avenue | Jonathan T. Koevary |
| New York, New York 10017 | Park Avenue Tower |
| (212) 223-1100 | 65 East 55th Street |
|  | New York, New York 10022 |
| *Attorneys for Defendant Michael R. Koplik* | (212) 451-2300 |
|  | *Attorneys for Plaintiff Michael S. Fox, as Litigation Trustee of Perry H. Koplik & Sons, Inc.* |

MOSES & SINGER LLP

 /s/ *Mark N. Parry*
Mark. N. Parry, Esq.
The Chrysler Building
405 Lexington Avenue, 12th Floor
New York, New York 10174
(212) 554-7700

*Attorneys for Defendant Joyce S. Koplik*